1

2  Attorneys for Plaintiffs,
   Oldfather Law Offices
3  1330 South Third Street
   Louisville, KY 40208
4  (502) 753-1600

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12                                              )   **Case No. 3:06-cv-02958-CRB**
    IN RE: BEXTRA AND CELEBREX                  )
13  MARKETING SALES PRACTICES AND               )   **MDL NO. 1699**
    PRODUCT LIABILITY LITIGATION                )   **District Judge:  Charles R. Breyer**
14                                              )
                                                )
15  WILLIAM JOHNSON and                         )
    DEBRA LYNN JOHNSON                          )
16                                              )   **STIPULATION AND ORDER OF**
                               Plaintiffs,      )   **DISMISSAL WITH PREJUDICE**
17                                              )
                                                )
18                  vs.                         )
                                                )
19  PFIZER, INC; JOHN DOE ONE; JOHN DOE         )
    TWO; STEPHEN D. BURTON, MD; and             )
20  COMMUNITY MEDICAL ASSOCIATES,               )
    INC d/b/a NORTON MEDICAL                    )
21  ASSOCIATES

                               Defendants.
22

23
         Come now the Plaintiffs, WILLIAM JOHNSON and DEBRA LYNN JOHNSON, and
24
    Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
25
    Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with
26
    each side bearing its own attorneys' fees and costs.
27

28


                                              -1-

    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: *12 - 10*, 2009          OLDFATHER LAW OFFICES

By: *Ann B. Oldfather* / *with permission by LMCronen*
          Ann B. Oldfather
          Attorneys for Plaintiffs

DATED: *12-10*, 2009          THOMPSON MILLER & SIMPSON

By: *W. Kennedy Simpson* / *with permission by LMCronen*
          W. Kennedy Simpson
          Attorneys for Stephen D. Burton, MD and Community
          Medical Associates, Inc. d/b/a Norton Medical Associates

DATED: February 3, 2010          DLA PIPER LLP (US)

By: _____
          Michelle W. Sadowsky
          Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated:
          **FEB 1 6 2010**          Hon. Charles R. Breyer
                                    United States District Court

-2-