Attorneys for Plaintiffs,
Oldfather Law Offices
1330 South Third Street
Louisville, KY 40208
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02958-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| WILLIAM JOHNSON and DEBRA LYNN JOHNSON<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; STEPHEN D. BURTON, MD; and COMMUNITY MEDICAL ASSOCIATES, INC d/b/a NORTON MEDICAL ASSOCIATES<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, WILLIAM JOHNSON and DEBRA LYNN JOHNSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

DATED: 12-10, 2009     OLDFATHER LAW OFFICES

By: *Ann B. Oldfather* / with permission by LMCronen
Ann B. Oldfather
Attorneys for Plaintiffs

DATED: 12-10, 2009     THOMPSON MILLER & SIMPSON

By: *W. Kennedy Simpson* / with permission by LMCronen
W. Kennedy Simpson
Attorneys for Stephen D. Burton, MD and Community Medical Associates, Inc. d/b/a Norton Medical Associates

DATED: February 3, 2010     DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE